IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

**Plaintiff**

v.                                                              CIVIL NO. 18-

$7,600.00 IN U.S. CURRENCY,

**Defendant.**

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

TO THE HONORABLE COURT:

COMES NOW, plaintiff, the United States of America, by and through its undersigned attorneys, Rosa Emilia Rodríguez-Vélez, United States Attorney for the District of Puerto Rico; Hector E. Ramirez-Carbo, Assistant United States Attorney, Chief, Civil Division and Maritza González, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure.

### NATURE OF THE ACTION

This is a civil action in rem brought to enforce the provisions of Title 21, United States Code, Section 841 (a)(1) and Title 21, United States Code, Section 881(a)(6).

### DEFENDANT IN REM

The defendant property seized by United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") agents consists of: $7,600.00 in U.S. Currency.

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction over an action commenced by the United States pursuant to Title 28, United States Code, Section 1345; over an action for forfeiture pursuant to

1

Title 28, United States Code, Section 1355; and over this particular action pursuant to Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 881(a)(6).

This Court has in rem jurisdiction over the defendant currency pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1355(b)(1)(B) (the defendant property is found in this district).

Venue is proper in this district pursuant to Title 28, United States Code, Section 1355(b)(1)(A) (acts and omissions giving rise to the forfeiture occurred in this district) and Section 1395 (the defendant property is found in this district).

## BASIS FOR FORFEITURE

This is a civil action in rem brought to enforce the provisions of Title 31, United States Code, Sections 5317(c)(2) – Prohibited acts A and Title 21, United States Code, Section Sections 881(a)(6) – Forfeitures.

## FACTS

The facts and circumstances supporting the seizure and forfeiture of the defendant property are contained in the Title 28, United States Code, Section 1746 unsworn declaration of the ATF, TFO, Joel Colon attached hereto, and incorporated herein as if fully stated.

## CLAIM FOR RELIEF

WHEREFORE, the United States of America prays that a warrant of arrest for the defendant currency be issued; that due notice be given to all parties to appear and show cause why the forfeiture should not be decreed; that judgment be entered declaring the defendant currency condemned and forfeited to the United States of America for disposition according to law; and that the United States of America be granted such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

RESPECTFULLY SUBMITTED,

In San Juan, Puerto Rico, this 9th day of October 2018.

ROSA EMILIA RODRIGUEZ-VELEZ
United States Attorney

s/Héctor E. Ramirez-Carbó
**Hector E. Ramirez-Carbo**
Assistant U.S. Attorney
Chief, Civil Division
U.S.D.C. # 214902
# 350 Carlos Chardón Street
Torre Chardón
Hato Rey, Puerto Rico 00918
Tel. (787) 766-5656
Fax. (787) 771-4050
Hector.e.ramirez@usdoj.gov

s/Maritza González-Rivera
**Maritza González-Rivera**
Assistant U.S. Attorney
U.S.D.C. #208801
# 350 Carlos Chardón Street
Torre Chardón
Hato Rey, Puerto Rico 00918
Tel. (787 766-5656
Fax. (787) 771 4050
Maritza.gonzalez@usdoj.gov

VERIFIED DECLARATION

I, Maritza González, Assistant U.S. Attorney, for the District of Puerto Rico, declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, the following:

That the foregoing Complaint is based on reports and information furnished to me by the (ATF); that everything contained therein is true and correct to the best of my knowledge and belief.

Executed in San Juan, Puerto Rico, this 9th day of October 2018.

s/Maritza González-Rivera
**Maritza González-Rivera**
Assistant U.S. Attorney


VERIFIED DECLARATION

I, Joel Colon, ATF, declare as provided by Title 28, United States Code, Section 1746, the following:

I have read the contents of the foregoing Complaint for Forfeiture in Rem and the attached unsworn declaration thereto, and I find the same to be true and correct to the best of my knowledge and belief. I declare under penalty of perjury that the foregoing is true and correct.

Executed in San Juan, Puerto Rico, this 9th day of October 2018.

**Joel Colon**
Task Force Officer
Bureau of Alcohol, Tobacco,
Firearms and Explosives

4

<u>UNSWORN DECLARATION IN SUPPORT OF FORFEITURE COMPLAINT</u>

## INTRODUCTION

Pursuant to Title 28, <u>United States Code,</u> Section 1746, I, Joel Colon, Task Force Agent, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), declare under penalty of perjury that the foregoing is true and correct:

## PROFESSIONAL BACKGROUND

I am a Task Force Agent of the ATF, San Juan, Puerto Rico and have been so for the past two years. I am a graduate of the Puerto Rico Police Academy and possess an Associate Degree in Criminal Justice. I have been an Agent of the Puerto Rico Police Department for the last sixteen years, in which I conducted investigations dealing with firearms, drugs, homicides, intelligence and other crimes. Through training, investigations and experience, I have taken part in cases relating to the trafficking of firearms, the use and possession of firearms by persons prohibited by law, and the possession of illegal firearms. The details and information stated herein are a compilation of facts and events investigated by me and other Law Enforcement Officers, who investigated and confirmed their veracity or overseen their development. I have drafted this affidavit for the limited purpose of establishing probable cause violations of law; therefore, I have not included all of the facts of this investigation.

I am familiar with the information contained in this Affidavit, either through personal investigation or through discussions with other law enforcement officers who obtained information through investigation and surveillance, which they in turn reported to me.

## ITEM TO BE FORFEITED

This unsworn declaration is offered in support of a civil complaint for the forfeiture of the following seized asset: $7,600.00 in U.S. Currency.

<u>**BASIS FOR FACTS CONTAINED IN THIS UNSWORN DECLARATION**</u>

I make this unsworn declaration, on information and belief derived from the following events:

On April 13, 2018, at approximately 3:00 pm, Puerto Rico Police Department (PRPD) Agents from the Bayamon Drug Division executed a state-issued search warrant for a residence located at Flamboyan St. # 128, Ingenio Ward, Toa Baja, P.R.  Present at the residence was John S. BAEZ-DAVILA.

The agents identified themselves as police officers, force their entry in and told BAEZ-DAVILA that they had a search warrant for the residence.  At this time, BAEZ-DAVILA freely and voluntarily told the Agents that he had a pistol pointing at a blue sofa in the living room and that there was marijuana in the house. PRPD Agent Ivy Gonzales-Ortiz brought K-9 Igol, who has been trained in the recovery of controlled substances, to help them with the search. During the search, the K-9 marked in different areas around the house.

The Agents found in the living room under the blue sofa, one (1) black man purse and inside there was one (1) Glock pistol, model 19 Gen4, 9MM caliber with the serial number VAS526, loaded with thirty (30) rounds of 9MM caliber ammunition, with an adapter to convert it into a fully automatic machinegun. In addition, inside the man purse the Agents found another Glock, 9MM caliber magazine, loaded with twenty nine (29) rounds of 9MM caliber ammunition. There were another two (2) rounds of 9MM caliber ammunition in one of the pockets of the purse.

In the kitchen area, the Agents found in the upper left cabinet, one (1) box of ammunition with thirty eight (38) rounds of 9MM caliber ammunition. Inside the last room on the left, at the end of the hallway the Agents found inside a white in color hamper approximately one (1) ounce of marijuana in a transparent plastic bag.

In the garage area of the house, the space was converted into a room and the Agents found

inside the closet of this area, one (1) black and yellow in color plastic box and inside there were nineteen (19) transparent plastic bags (approximately ten (10) pounds).with marijuana inside. In this same room, on top of a counter, the Agents found one (1) notebook ledger. In different areas among the house, in the kitchen and in a bedroom the Agents found a total of $ 7,600.00 dollars in cash.

- Ten (10) one-hundred dollar bills.

- One (1) fifty dollar bills.

- Three-hundred twenty three (323) twenty dollars bills.

- Six (6) ten dollars bills.

- Two (2) five dollars bills.

- Twenty (20) one dollars bills.

The residence owner is Wanda Baez-Rivera. Baez-Rivera is the mother of BAEZ-DAVILA. Baez-Rivera does not live in the residence who lives is BAEZ-DAVILA with his wife. Later, on the same date, ATF Agents read BAEZ-DAVILA his Miranda warnings.  BAEZ-DAVILA understood his rights but refused to waive his right to remain silent.

A field test was conducted on the controlled substances and the result was positive to marijuana.

The investigation further revealed that the aforementioned firearm seized had a visible modification device causing the firearm to fire more than one (1) round of ammunition by a single function of the trigger.

BAEZ-DAVILA was not charged in a State Court. BAEZ-DAVILA has not criminal record. Baez-Rivera presented his income tax forms for 2015-2016, earning an annual salary of $39,986.00 and work in the Culture Institute of Puerto Rico.

On April 19, 2018, a Federal Grand Jury returned an Indictment charging BAEZ-DAVILA with violations to Title 21, United States Code, Section 841(a)(1)(B) and Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii) and 922(o). *See* United States v. John Baez-Davila, 18-CR-283(DRD).

Based on the above facts, the undersigned believes the seized currency constitutes proceeds derived from the illegal sale of narcotics in violation of Title 21,  United States Code, Section 841 (a)(1) - distribution of controlled substances, and are forfeitable pursuant to Title 21, United States Code, Section 881(a)(6).

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief, pursuant to Title 28, United States Code, Section 1746.

In San Juan, Puerto Rico, this 9th day of October 2018.

Joel Colon
Task Force Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

℀JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a)  PLAINTIFFS

UNITED STATES OF AMERICA

**(b)**   County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)**   Attorney's (Firm Name, Address, and Telephone Number)

Maritza González-Rivera, AUSA, 350 Carlos Chardon Ave, Suite 1201, Hato Rey, PR  00918

## DEFENDANTS

$7,600.00 IN U.S. CURRENCY

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☒ 1   U.S. Government
       Plaintiff

☐ 2   U.S. Government
       Defendant

☐ 3   Federal Question
       (U.S. Government Not a Party)

☐ 4   Diversity
       (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☒ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN    (Place an "X" in One Box Only)

☒ 1  Original
      Proceeding

☐ 2  Removed from
      State Court

☐ 3  Remanded from
      Appellate Court

☐ 4  Reinstated or
      Reopened

☐ 5  Transferred from
      another district
      (specify)

☐ 6  Multidistrict
      Litigation

☐ 7  Appeal to District
      Judge from
      Magistrate
      Judgment

## VI. CAUSE OF ACTION

Title 21, United States Code, Sections 841 and 881(a)(6).

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION**
  UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE
10/09/2018

SIGNATURE OF ATTORNEY OF RECORD
s/Maritza González

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



# United States District Court *for the* District of Puerto Rico

## CATEGORY SHEET

1.  Title of Case (Name of first party on each side only)

    US v. $7,600.00 in U.S. Currency,

2.  Category in which case belongs: (See Local Rules)

    _____ **X** _____   ORDINARY CIVIL CASE      CIVIL FORFEITURE
    _____   SOCIAL SECURITY
    _____   BANK CASE
    _____   INJUNCTION

3.  Title and number, if any, of related cases (See Local Rules)

    _____

    _____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this Court?

    ☐   YES      **X**   NO

5.  Is this case required to be heard and determined by a District Court of three judges pursuant to Rule 28 U.S.C. 2284?

    ☐   YES      **X**   NO

6.  Does this case question the constitutionality of a state statute (FRCP 24)?

    ☐   YES      ☒   NO

    (Please Print)                      USDC # 208801
    USDC ATTORNEY'S ID NO.

    ATTORNEY'S NAME:                    Maritza González-Rivera

    MAILING ADDRESS:                    TORRE CHARDON, SUITE 1201, 350 CARLOS CHARDON AVE

                                        HATO REY  PR                ZIP CODE      00918

    TELEPHONE NO.                       787-766-5656